**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tida Garcia ex rel United States of) America, )<br><br>        Plaintiff, )<br><br>vs. )<br><br>SCAN Health Plan et al, )<br><br>        Defendant(s). )<br>_____ ) | No. CV-12-02730-PHX-FJM<br><br>**ORDER** |

The court has before it the United States' Notice that it declines to take over the action under 31 U.S.C. § 3730(b)(4). (Doc. 11).  Accordingly, it is ORDERED UNSEALING this entire case and the plaintiff will serve the defendants with the First Amended Complaint within 20 days of the filing of this order.

Pursuant to its request, and 31 U.S.C. § 3730(c)(3), the United States shall be served with copies of all pleadings, filings, and deposition transcripts (at the government's expense).

DATED this 7th day of June, 2013.

_Frederick J. Martone_

Frederick J. Martone
Senior United States District Judge