**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tida Garcia, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Scan Health Plan et al, )<br>)<br>        Defendant. )<br>) | No. CV 12-02730-PHX-FJM<br><br>**ORDER** |

The court has before it the parties' proposed case management plan (doc. 44), in which they propose a firm trial date about 26 months after the filing of the complaint. Under the Civil Justice Reform Act, 28 U.S.C. §473(a)(2)(B), and this District's CJRA Plan, General Order 98-29 at 2, the presumptive pace of litigation is 18-24 months. Some cases will take less time. Some few will take more.

There is nothing about this case to suggest it warrants more time. We think 23 months will be more than adequate to bring this case to judgment. Accordingly, we have selected a November 4, 2014 firm trial date and worked backwards to produce a fair but efficient scheduling order which is filed this date. We encourage the parties to read it carefully and docket the dates, which will not be amended to accommodate case processing problems, discovery disputes or settlement negotiations.

DATED this 1st day of October, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge